Certificate Number: 11504-VAE-CC-020446140



11504-VAE-CC-020446140

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 8, 2013</u>, at <u>8:35</u> o'clock <u>AM CST</u>, <u>Amy R Moore</u> received from <u>Stand Sure Credit Counseling, a/k/a Biblical Financial Concepts, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Virginia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 8, 2013</u>            By:    <u>/s/Matt Owens</u>

                                       Name:  <u>Matt Owens</u>

                                       Title: <u>Administrator</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).