Certificate Number: 01201-VAE-DE-021713786

Bankruptcy Case Number: 12-72697



01201-VAE-DE-021713786

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2013, at 10:51 o'clock AM CDT, Amy Michelle Moore completed a course on personal financial management given by internet by Stand Sure Information Services, Inc. , a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  August 27, 2013         By:    /s/Carol McWaters

Name:  Carol McWaters

Title:  Debtor Education Specialist